**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

- against -

ROBERT BERNARDI, NIHAT CARDAK, and
   SUNIL CHANDRA,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ECF Case

No. 21 Civ. 8598 (VM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/21

       WHEREAS, on November 16, 2021, the Government submitted a motion seeking to intervene in this action and seeking a complete stay of further proceedings, in light of the pendency of the parallel criminal action *United States v. Robert Bernardi et al.*, 21 Cr. 616 (PGG) (the "Criminal Action"), in which an indictment has been returned; and

       WHEREAS, defendants Robert Bernardi, Nihat Cardak, and Sunil Chandra consent to the complete stay sought by the Government;

       WHEREAS, the Securities and Exchange Commission (the "SEC") takes no position on the request for a complete stay; and

       WHEREAS, the Court finds that a complete stay in this action is in furtherance of the interests of justice and will not prejudice any party; it is hereby

       **ORDERED** that the Government's motion to intervene is GRANTED. It is further

**ORDERED** that this action is stayed in its entirety until the completion of the Criminal Action.


SO ORDERED.

_____  
Victor Marrero  
U.S.D.J.

November 18, 2021
DATE