UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

Application GRANTED. For the reasons set forth herein, *see also* ECF No. 30 (Government's September 18, 2026 Status Report), the stay of this case is lifted. By **September 30, 2026**, the SEC shall serve this Order on Defendant Nihat Cardak and file proof of service on the docket. By **October 21, 2026**, Defendant Cardak or his counsel shall file a letter informing the Court whether Mr. Cardak has retained counsel or intends to proceed *pro se*. By **November 12, 2026**, Defendant Cardak shall respond to the Complaint.

In light of the SEC's representation that it has reached a settlement with Defendant Sunil Chandra, Mr. Chandra's application for appointment of *pro bono* counsel, *see* ECF No. 27, is hereby denied as moot.

The Clerk of Court is directed to terminate ECF Nos. 27, 29, and 33.

SO ORDERED.
Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: September 27, 2026

September 24, 2026

**BY ECF**

The Honorable Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *SEC v. Robert Bernardi, et. al.*, No. 1:21-cv-08598 (JHR)**

Dear Judge Rearden:

The Securities and Exchange Commission ("SEC") respectfully writes to update the Court on proposed next steps in this case. On September 18, 2026, the United States Department of Justice ("DOJ") filed an update about the status of the parallel criminal case, *United States v. Bernardi, et. al.*, 21-cr-616 (PGG) (the "Criminal Case"). (Dkt. No. 30). DOJ informed the Court that "[t]he Criminal Case is complete" and that "the Government no longer views the pendency of the Criminal Case as a basis for the stay of the SEC proceeding before this Court." (*Id.*)

I. Relevant Procedural History of this Case

On October 20, 2021, the SEC filed its Complaint against Robert Bernardi, Nihat Cardak ("Cardak"), and Sunil Chandra ("Chandra") (collectively, "Defendants"), and Relief Defendants Daniel Bernardi, Diane Olson ("Olson"), and Jenifer Bernardi (collectively, "Relief Defendants"). (Dkt. No. 1). The Complaint alleges that Defendants defrauded investors in GigaMedia Access Corporation ("Giga"), a privately held encryption software company, by fabricating bank statements, falsifying audited financial statements, and enlisting an employee to impersonate a customer on an investor due diligence call. (*Id.* at 1).

Defendant Robert Bernardi was served with the Summons and Complaint on November 10, 2021. (Dkt. No. 21). An Affidavit of Service on Robert Bernardi was filed on February 2, 2022. (*Id.*) In addition, Defendant Cardak was served with the Summons and Complaint on November 15, 2021. (Dkt. No. 22). An Affidavit of Service on Cardak was filed on February 2, 2022. (*Id.*) Finally, Defendant Chandra was served

with the Summons and Complaint on November 17, 2021. (Dkt. No. 23). An Affidavit of Service on Chandra was filed on February 2, 2022. (*Id.*)

The Relief Defendants in this case were also properly served with the Summons and Complaint. Relief Defendant Daniel Bernardi was served with the Summons and Complaint on November 18, 2021. (Dkt. No. 24). An Affidavit of Service on Daniel Bernardi was filed on February 2, 2022. (*Id.*) In addition, Relief Defendant Olson was served with the Summons and Complaint on November 10, 2021. (Dkt. No. 26). An Affidavit of Service on Olson was filed on February 2, 2022. (*Id.*) Finally, Relief Defendant Jenifer Bernardi was served with the Summons and Complaint on November 12, 2021. (Dkt. No. 25). An Affidavit of Service on Jenifer Bernardi was filed on February 2, 2022. (*Id.*)

On November 16, 2021, DOJ filed a Motion seeking to intervene in this action and seeking a complete stay of the case, in light of the Criminal Case. (Dkt. Nos. 18-19). On November 18, 2021, United States District Judge Victor Marrero granted DOJ's Motion to Intervene and ordered the case "stayed in its entirety until the completion of the Criminal Action." (Dkt. No. 20).

II. <u>The Stay Should Be Lifted</u>

The SEC requests that the current stay in this case be lifted. As the DOJ has reported to the Court, the pendency of the Criminal Case is no longer a basis for the stay. (Dkt. No. 30). There was no other reason for the imposition of the stay. Also, the SEC has reached settlements with Defendants Robert Bernardi and Chandra. Once the stay is lifted, the SEC plans to file the Consents and Proposed Final Judgments against Defendants Robert Bernardi and Chandra. The SEC intends to proceed with its claims against Cardak, the remaining primary defendant.

III. <u>Proposed Next Steps and Plan to File Resolutions with Two Defendants</u>

The SEC respectfully proposes that the Court lift the stay and set a deadline for Defendant Cardak to answer or otherwise respond to the Complaint. On September 23, 2026, the SEC conferred with Defendant Cardak. Mr. Cardak informed the SEC that he takes no position on the SEC's request to lift the stay, but he requested 45 days to answer or otherwise respond to the Complaint. The SEC does not oppose this request.

After the stay is lifted, the SEC also intends to file the resolutions as to Defendants Robert Bernardi and Chandra as well as the Relief Defendants. The SEC is available to answer any further questions the Court may have.

Sincerely yours,

<u>/s/*Kristen M. Warden*</u>__________________

Kristen M. Warden
Trial Counsel
U.S. Securities and Exchange Commission
100 F Street NE
Washington, D.C. 20549
Tel: (202) 256-7941
Wardenk@sec.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF system on September 24, 2026 upon all counsel of record. I further certify that undersigned SEC counsel will mail a paper copy of the foregoing to the three Defendants and one Relief Defendant at the following addresses on September 24, 2026, in accordance with Rule 8 of Judge Rearden's Individual Rules and Practices in Civil *Pro Se* Cases.

1. Nihat Cardak: Clifton, VA 20124

2. Robert Bernardi: McLean, VA 22101

3. Sunil Chandra: Marshall, VA 20115

4. Daniel Bernardi: Berkely Heights, NJ 07922

/s/ *Kristen M. Warden*
Kristen M. Warden