UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

KRISTEN M. WARDEN
DIRECT DIAL: (202) 256-749
EMAIL:WARDENK@SEC.GOV

October 16, 2026

**BY ECF**
The Honorable Jennifer H. Rearden,
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007-1312

Re: *SEC v. Robert Bernardi, et. al.,* No. 1:21-cv-08598 (JHR)

Dear Judge Rearden:

Plaintiff Securities and Exchange Commission (the "Commission") respectfully seeks approval of a proposed final consent judgment ("Final Judgment"), which the Commission filed on ECF on October 16, 2026. (Dkt. No. 47.) The Commission has reached a settlement with Defendant Nihat Cardak that, if approved, would resolve this litigation in its entirety.

The Court should approve the Final Judgment because it is fair and reasonable under *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014). The Final Judgment would permanently enjoin Defendant Nihat Cardak from committing further violations of the federal securities laws that the Complaint alleges he violated. In addition, the Final Judgment against Nihat Cardak would order Cardak to pay $210,400 in disgorgement and $17,231.02 in prejudgment interest. However, these amounts are to be deemed satisfied by the entry of the order of restitution in the related criminal case, *United States v. Nihat Cardak*, Crim. No. 21-CR-616 (PGG) (SDNY).

The Commission therefore respectfully requests that the Court approve the proposed Final Judgment against Defendant Nihat Cardak (Dkt. No. 47).

Respectfully,

*/s/Kristen M. Warden*
Kristen M. Warden
Senior Trial Counsel

cc: Justin S. Weddle (by email)
Julia I. Catania (by email)

Weddle Law PLLC
Counsel for Robert Bernardi
jweddle@weddlelaw.com
jcatania@weddlelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF system on October 16, 2026 upon all counsel of record. I further certify that undersigned SEC counsel will mail a paper copy of the foregoing to the three Defendants and one Relief Defendant at the following addresses on October 16, 2026, in accordance with Rule 8 of Judge Rearden's Individual Rules and Practices in Civil *Pro Se* Cases.

1. Nihat Cardak: Clifton, VA 20124

2. Robert Bernardi: McLean, VA 22101

3. Sunil Chandra: Marshall, VA 20115

4. Daniel Bernardi: Berkely Heights, NJ 07922

/s/ *Kristen M. Warden*
Kristen M. Warden